UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1716 ODW(DTBx) | Date | January 10, 2011 |
|---|---|---|---|
| Title | Thomas Hardy et al v. Mandalay Mortgage, LLC et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order to Show Cause Re Dismissal For Failure to Comply With the Court's Order**

In its November 30, 2010 minute order [23], the Court ordered plaintiffs to file a status report re status of service on the two remaining defendants in this case. As of the date of this Order to Show Cause, plaintiffs have failed to comply with the Court's order.

Plaintiffs are ordered to show cause in writing on or before **Wednesday, January 19, 2011** why this action should not be dismissed as to all remaining defendants for plaintffs' failure to comply with the Court's order.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |